UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN S. WELLS                                                     CIVIL ACTION

versus                                                            NO. 12-2765

WARDEN LANCE MOORE                                                SECTION: "A" (1)

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the Petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **John S. Wells** for *habeas corpus* relief is **DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**.

New Orleans, Louisiana, this 10th day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE